Law Offices of Todd M. Friedman, P.C.
Todd M. Friedman (216752)
21031 Ventura Blvd., Suite 340
Woodland Hills, CA 91364
Phone: 323-306-4234
Fax: 866-633-0228
tfriedman@toddflaw.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIANO BENITEZ, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> CREACTIVE, INC. and DOES 1 through 10 inclusive, and each of them, <br><br> Defendant(s). | ) ) ) ) ) ) ) ) ) ) ) ) ) |

Case No. 2:21-cv-08279-PA-ADS

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

**NOTICE IS HEREBY GIVEN** that Plaintiff, pursuant to Federal Rule of

Civil Procedure 41(a)(1), hereby voluntarily dismisses the entire case without

prejudice. Defendant has neither answered Plaintiff's Complaint, nor filed a

motion for summary judgment. Although this case was filed as a class action, no

class has been certified, and court approval of this voluntary dismissal is therefore

not required under Rule 23(a) of the Federal Rules of Civil Procedure.

RESPECTFULLY SUBMITTED this 27th day of January, 2022.

By:     s/Todd M. Friedman
        Todd M. Friedman, Esq.
        Law Offices of Todd M. Friedman, P.C.
        Attorney for Plaintiff

1

2

<u>CERTIFICATE OF SERVICE</u>

3

4

Filed electronically on this 27th day of January, 2022, with:

5

**<u>United States District Court CM/ECF system</u>**

6

And hereby served upon all parties

7

8

This 27th day of January, 2022.

9

10

By: <u>s/Todd M. Friedman</u>
    Todd M. Friedman

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28